# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-15-00214-CV

**Kirk Koether and Vicki Koether, Appellants**

**v.**

**Domingo Reyes, Ludivina Reyes, Natalie Broderson and Mary Merrell, Appellees**

### FROM THE DISTRICT COURT OF LEE COUNTY, 21ST JUDICIAL DISTRICT
### NO. 15, 280, HONORABLE CARSON TALMADGE CAMPBELL, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

The clerk's record in this appeal was due for filing in this Court on April 9, 2015. The Clerk of this Court subsequently notified the appellants that the clerk's record had not been filed and was overdue, and that notice had been received from the district clerk that the appellant had neither paid, nor made arrangements for payment, for the clerk's record. The notice requested that the appellants make arrangements for the clerk's record and submit a status report regarding this appeal by May 22, 2015. Further, the notice advised the appellants that their failure to comply with this request could result in the dismissal of his appeal for want of prosecution.

To date, the appellants have not filed a status report or otherwise responded to this Court's notice, and the clerk's record has not been filed. We therefore dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 37.3(b) )(appellate court may dismiss appeal for want of

prosecution if no clerk's record is filed due to non-indigent defendant's failure to pay or make arrangement for payment of clerk's record fee).

_____

Scott K. Field, Justice

Before Chief Justice Rose, Justices Goodwin and Field

Dismissed for Want of Prosecution

Filed:  June 19, 2015